No. 05–7745. RAYMOND v. UNITED STATES. C. A. 10th Cir. Certiorari denied.

No. 05–7746. RHOINEY v. UNITED STATES. C. A. 10th Cir. Certiorari denied.

No. 05–7747. PEREZ RUIZ v. UNITED STATES. C. A. 1st Cir. Certiorari denied.

No. 05–7753. LEE v. UNITED STATES. C. A. 4th Cir. Certiorari denied.

No. 05–7754. JENKINS v. UNITED STATES. C. A. 4th Cir. Certiorari denied.

No. 05–7756. KING v. UNITED STATES. C. A. 10th Cir. Certiorari denied.

No. 05–7759. PAIGE v. UNITED STATES. C. A. 1st Cir. Certiorari denied.

No. 05–7761. MIDDLEBROOK v. UNITED STATES. C. A. 11th Cir. Certiorari denied.

No. 05–7763. RAMIREZ-GARCIA v. UNITED STATES. C. A. 4th Cir. Certiorari denied.

No. 05–7766. STOBAUGH v. UNITED STATES. C. A. 8th Cir. Certiorari denied.

No. 05–7767. McCLENDON v. KANE COUNTY JAIL. C. A. 7th Cir. Certiorari denied.

No. 05–7769. OREA-RODRIGUEZ v. UNITED STATES. C. A. 9th Cir. Certiorari denied.

No. 05–7772. SMITH v. UNITED STATES. C. A. 10th Cir. Certiorari denied.

No. 05–7773. RIVERA-SILLAS v. UNITED STATES. C. A. 9th Cir. Certiorari denied.

No. 05–7774. RAY v. UNITED STATES. C. A. 10th Cir. Certiorari denied.

No. 05–7776. DELAHOZ, AKA MONTERO, AKA NUNEZ v. UNITED STATES. C. A. 2d Cir. Certiorari denied.